No. 3766.—A. LEVI v. CORKERN AND HUSBAND, Co-Administrators, et al., W. H. LETCHFORD & Co., Intervenors.

The action for a separation of patrimony is prescribed by the lapse of three months.

APPEAL from the Sixth Judicial District Court, parish of St. Helena. *Ellis*, J. *Fuqua & Kilbourne* and *McVea & Hunter*, for plaintiff and appellant. *T. & J. Ellis*, for defendants and appellees.

LUDELING, C. J. The plaintiff sued the administrators of the succession of H. Thompson and his surviving widow and heirs on two promissory notes executed by the deceased Thompson, and to revoke certain donations made to his children during his life, and for personal judgment against the widow and children, Letchford & Co., who had a judgment against Thompson before his death, intervened in the suit and prayed for the same thing.

If this be regarded as a suit for a separation of patrimony, the prescription of three months must be maintained; if it be regarded as an action to revoke the sales before the death of the father, on the ground of fraud, they have failed to establish fraud. At the time the donations were made the father was perfectly solvent, and he continued to be solvent until his death. The evidence in the record shows that at the time of his death he had in his possession several thousand dollars, which were divided among the heirs after his death. The judgment against the widow in community and the heirs personally is correct. It is therefore ordered and adjudged that the judgment of the lower court be affirmed, appellants to pay the costs of this appeal.